I Charles OBrian Shepherd am appealing the Dision on the Denial on the informa paupis I dont have any funds to pay for it I am negitive 200 each month and Request that this Be Relooked at I know that I am filing Due to this But I Request that this Be Re looked at for further Action

Thank you

Charles OBrian Shepherd



FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

AUG - 9

BY
DEPUTY CLERK

Case no: 13-71197
08/07/13